IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



IN RE APPLICATION OF JULIO, )
MIGUEL ORLANDINI-AGREDA AND )
COMPAÑÍA MINERA ORLANDINI )
LTDA. FOR AN ORDER TO TAKE )
DISCOVERY PURSUANT TO ) Civil Action No. 1:17-mc-00029 (LO/IDD)
28 U.S.C. § 1782 )
_____ )

## ORDER

This MATTER is before the Court on the Respondent's Motion to Continue Hearing on Petition for Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 [Dkt. No. 14]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. It is hereby

**ORDERED** that Respondent's Motion to Continue is **DENIED**. It is the practice of this Court that any non-dispositive motion may be filed by no later than 5:00 p.m. on a Friday and noticed for a hearing at 10:00 a.m. on the following Friday. Under this expedited schedule, a response must be filed by no later than 5:00 p.m. the Wednesday before the hearing and any reply should be filed as early as possible on Thursday to give the Court time to review all pleadings before the hearing. Respondent failed to timely file his response. Therefore, it is hereby further

**ORDERED** that Respondent is directed to file his response to the Petition by no later than 5:00 p.m. today, December 14, 2017, or the Court will consider the Petition unopposed.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 14th day of December 2017.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge