Date: 2/09/2018  
Judge: Ivan D. Davis  
Reporter: FTR  
Start: 9:59 am  
Finish: 10:39 am  

Case Number: 1:17-mc-29

In Re:
Petition for Discovery in Aid of a Foreign Proceeding

Appearances of Counsel for ( ✓ )   ( ✓ ) Respondent
( ) Matter is uncontested    Movant
Motion to/for:

[28] Third-Party Gonzalo Sanchez De Lozada's Motion to Quash – Granted in part and Denied in part
[31] MOTION for Protective Order by Gonzalo Sanchez de Lozada — Denied as moot.

Argued &
( ) Granted ( ) Denied ( ✓ ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
( ✓ ) Order to Follow