IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



IN RE APPLICATION OF JULIO, )
MIGUEL ORLANDINI-AGREDA AND )
COMPAÑÍA MINERA ORLANDINI )
LTDA. FOR AN ORDER TO TAKE )
DISCOVERY PURSUANT TO ) Civil Action No. 1:17-mc-00029 (LO/IDD)
28 U.S.C. § 1782 )
)

### ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Third-Party Gonzalo Sanchez de Lozada's Motion to Quash Subpoena [Dkt. No. 28] is **GRANTED in part and DENIED in part**. It is hereby further

**ORDERED** that Third-Party Gonzalo Sanchez de Lozada's Motion for Protective Order [Dkt. No. 31] is **DENIED as moot**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 9th day of February 2018.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia